PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Lamar Hunt  
**Docket Number:** 07-00588-001  
**PACTS Number:** 46778

**Name of Sentencing Judicial Officer:** The Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

**Date of Original Sentence:** 11/19/2007

**Original Offense:** Distribution and Possession with Intent to Distribute Ecstasy (M.D.M.A.)

**Original Sentence:** 12 months and 1 day imprisonment; 2 years supervised release.

**Type of Supervision:** supervised release  
**Date Supervision Commenced:** 03/10/2008

**Assistant U.S. Attorney:** David Malagold, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Laurie Fierro, Esq. (Appointed), 135 Kinnelon Road, Suite 104, Kinnelon, New Jersey 07405, (973) 838-4405

## PETITIONING THE COURT

[X] To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 15, 2008, Hunt was arrested by officers of the Irvington Police Department and charged with criminal sexual contact. According to police records, D.B. lodged a complaint against the offender after he sexually assaulted her in his home. On December 2, 2008, Hunt appeared in the Superior Court of Newark in Essex County, and pled guilty to one count of third degree criminal sexual contact. Sentencing in this matter is currently scheduled for May 5, 2009. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski  
U.S. Probation Officer  
Date: 3/31/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant  
[X] The Issuance of a Summons. Date of Hearing: MAY 4, 2009 2:00 p.m.  
[ ] No Action  
[ ] Other

_____  
Signature of Judicial Officer

_____  
Date