UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :        Hon. Dickinson R. Debevoise
                                   :        Criminal No. 07-588 (DRD)
         v.                        :
                                   :        ORDER
LAMAR HUNT                         :

The Court having presided over the defendant's guilty plea to the violation of supervised release charging him with violating the terms of supervised release by committed another federal, state, or local crime, and concurrent sentencing hearing, it is hereby ORDERD:

1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentenced as follows:

   A. The Court reimposes a term of supervised release of four months;

   B. During this time, the defendant is to be confined to his residence for a period of 4 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the

probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

Dated: June 11, 2009